Argued February 20, affirmed March 1, 1976

LITTLEJOHNS et al, *Petitioners,*

*v.*

OREGON LIQUOR CONTROL COMMISSION,
*Respondent.*

(CA 5202)

546 P2d 478

*D. Michael Mills,* Salem, argued the cause for petitioners. With him on the brief were Mills & McMillin, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

Affirmed. *Remodeling Consult. v. Builders Bd.,* 19 Or App 794, 528 P2d 1373 (1974), Sup Ct *review denied* (1975); *LaMar's Enterprises, Inc. v. OLCC,* 18 Or App 77, 524 P2d 336, Sup Ct *review denied* (1974).